UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



### CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-00385-FWS-ADS | Date | June 2, 2025 |
|---|---|---|---|
| Title | Jesus Garcia v. Alejandra Esqueda et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS:      (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF INTENT TO DISMISS**

The court, having been advised by a Notice of Settlement [18] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

|  | : |  |
|---|---|---|

Initials of Deputy Clerk    rrp

CC: